[No. 23888-1-III.   Division Three.   June 29, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME E. GRIMES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01815-4, Salvatore F. Cozza, J., entered February 25, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.

[No. 24086-0-III.   Division Three.   June 29, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN LYNN COX, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00146-5, Robert G. Swisher and Cameron Mitchell, JJ., entered August 15, 2005 and April 22, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.

[No. 24151-3-III.   Division Three.   June 29, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE P. MARQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00596-2, Donald W. Schacht, J., entered May 16, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

[No. 24174-2-III.   Division Three.   June 29, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN PAUL WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03760-4, Neal Q. Rielly, J., entered May 9, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.